1  PHILLIP A. TALBERT
   Acting United States Attorney
2  CHRISTINA McCALL
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

**FILED**

Aug 26, 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

6  Attorneys for Plaintiff
   United States of America
7

8            IN THE UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            CASE NO. 2:21-cr-0162 TLN

12                 Plaintiff,            18 U.S.C. § 2251(a) – Sexual Exploitation of a Child;
                                         18 U.S.C. § 2253 – Criminal Forfeiture
13         v.

14 DAVID JOHN ALCOCK,

15                 Defendant.

16

17                    I N F O R M A T I O N

18 COUNT ONE: [18 U.S.C. § 2251(a) – Sexual Exploitation of a Child]

19      The United States Attorney charges: T H A T

20                    DAVID JOHN ALCOCK,

21 defendant herein, on or about February 5, 2020, in the County of Sacramento, State and Eastern District

22 of California, did knowingly and intentionally employ, use, persuade, induce, entice, and coerce a

23 minor, "Minor Victim 1," to engage in sexually explicit conduct as defined in Title 18, United States

24 Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct, knowing and

25 having reason to believe that the visual depiction would be transported and transmitted using any means

26 and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce,

27 and such visual depictions were produced and transmitted using materials that have been mailed,

28 shipped, and transported in and affecting interstate and foreign commerce by any means, including by

computer, all in violation of Title 18, United States Code, Section 2251(a).

<u>FORFEITURE ALLEGATION</u>:  [18 U.S.C. § 2253 - Criminal Forfeiture]

1. Upon conviction of the crime alleged in this Information, defendant DAVID JOHN ALCOCK shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253(a), any and all matter which contained visual depictions produced, transported, mailed, or shipped or received in violation of Title 18, United States Code, Chapter 110, including 18 U.S.C. § 2251(a); any property, real or personal, constituting or traceable to gross profits or other proceeds the defendant obtained as a result of said violations; and any property, real or personal, used or intended to be used to commit or to promote the commission of such violations; and any property traceable to such property, including but not limited to the following:

   a) Apple iPhone 8 Plus IMEI 358633091357174

2. If any property subject to forfeiture as a result of the offenses alleged in this Indictment, for which defendant is convicted:

   a) cannot be located upon the exercise of due diligence;

   b) has been transferred or sold to, or deposited with, a third party;

   c) has been placed beyond the jurisdiction of the Court;

   d) has been substantially diminished in value; or

   e) has been commingled with other property which cannot be divided without difficulty;

It is the intent of the United States, pursuant to Title 18, United State Code, Section 2253(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant, up to the value of the property subject to forfeiture.

Dated:   August 26, 2021

PHILLIP A. TALBERT  
Acting United States Attorney

By: */s/ Christina McCall/*  
CHRISTINA McCALL  
Assistant United States Attorney

INFORMATION                                    2

<u>**United States v. David John Alcock**</u>
**Penalties for Information**

**<u>Defendant</u>**

**DAVID JOHN ALCOCK**

**<u>COUNT 1:</u>**

VIOLATION:	18 U.S.C. § 2251(a) – Sexual Exploitation of a Child

PENALTIES:	Mandatory minimum of 15 years in prison and a maximum of up to 30 years in prison; a fine of up to $250,000;
Supervised release of 5 years minimum, up to life (18 U.S.C. § 3583(k))

SPECIAL ASSESSMENTS: $100 (mandatory on each count, under 18 U.S.C. § 3013); $5,000 (if not indigent, under 18 U.S.C. § 3014); and up to $50,000 (under 18 U.S.C. § 2259A).

RESTITUTION:	Mandatory

**<u>FORFEITURE ALLEGATION:</u>**

VIOLATION:	18 U.S.C. § 2253

PENALTIES:	As stated in the charging document