PHILLIP A. TALBERT
Acting United States Attorney
CHRISTINA McCALL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**
Sep 01, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID JOHN ALCOCK,<br><br>    Defendant. | CASE NO. 2:21-CR-0162 TLN<br><br>ORDER FOR ISSUANCE OF ARREST WARRANT |

**ORDER**

The Court has reviewed the: Information in this matter; the government's request for issuance of an arrest warrant; and the affidavit of probable cause under Rule 9(a). Finding good cause therefor, the Court hereby ORDERS that an arrest warrant issue commanding any authorized law enforcement officer to arrest and bring before a United States Magistrate Judge without unnecessary delay DAVID JOHN ALCOCK, who is charged, by Information, with a violation of 18 U.S.C. §2251(a) – Sexual Exploitation of a Minor.

Dated: September 1, 2021 at 4:09 pm

Hon. Carolyn K. Delaney
U.S. MAGISTRATE JUDGE